**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN SOUTHERN DIVISION**

**NADIA MARY METROKA,**
Plaintiff,

Case No.: 26-14272

v.

**ABDUL EL-SAYED, GRETCHEN WHITMER as GOVERNOR,**
Defendant.
______________________________/

PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM

Plaintiff respectfully moves for leave to proceed under the pseudonym Jane Doe, pursuant to *Doe v. Porter*, 370 F.3d 558 (6th Cir. 2004), and states:

1. This action concerns highly publicized federal elections, political campaign financing, and an organization that has been designated (by two states, Florida & Texas) as a terrorist organization. The subject matter is politically sensitive and has the potential to attract substantial public attention

2. Because the litigation addresses matters involving national security concerns, a designated terrorist organization, and political figures, Plaintiff reasonably fears that public identification could expose her to targeted intimidation, threats, harassment, or retaliation by third parties.

3. Plaintiff is a private individual seeking judicial determination of important federal questions. Publicly identifying Plaintiff could unnecessarily increase her exposure to personal danger while contributing little to public understanding of the legal issues presented.

4. Under *Doe v. Porter*, courts may permit pseudonymous litigation when a plaintiff's privacy and safety interests substantially outweigh the presumption of openness. Plaintiff submits that the exceptional sensitivity of these proceedings, together with any demonstrated, particularized risk of serious harm, supports narrowly tailored protection.

5. Anonymity would not prevent public examination of the claims or impair Defendants' ability to respond. Plaintiff is willing to disclose her identity pursuant to an appropriate confidential procedure established by the Court.

WHEREFORE, Plaintiff respectfully requests leave to proceed as "Jane Doe," authorization to disclose identifying information confidentially, protection of identifying information in existing filings where justified, and such additional relief as the Court deems appropriate.

Respectfully submitted,

**Nadia Mary Metroka**
Plaintiff, *Pro Se*
400 SW 1st Avenue,
Unit 1111
Ocala Florida 34478
NadiaMaryMetroka@gmail.com